```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 37889
   DAVID WASHINGTON
   BEVERLY WASHINGTON                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-0646    SSN XXX-XX-3815


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/12/04 and confirmed on 03/30/05.

     2.  The case was dismissed after confirmation, 10/19/2007.

     3.  The Debtor paid a total of $   27376.00 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
CITIMORTGAGE INC            CURRENT MORTG      9164.96          .00        9164.96
CITIMORTGAGE INC            MORTGAGE ARRE     20468.04         3983.84    10360.73
CONSUMER WATER              SECURED             200.00          .00         112.47
INTERNAL REVENUE SERVICE    PRIORITY            181.32          .00           .00
INDIANA DEPT OF REVENUE     PRIORITY         NOT FILED          .00           .00
JBC LEGAL GROUP             UNSECURED        NOT FILED          .00           .00
CAPITAL ONE FINANCIAL       UNSECURED        NOT FILED          .00           .00
AT&T MOBILITY LLC           UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO             UNSECURED            150.00         .00           .00
COMED                       UNSECURED        NOT FILED          .00           .00
DIRECT TV                   UNSECURED        NOT FILED          .00           .00
FRIEDMAN & WEXLER           FILED LATE              .00         .00           .00
NICOR GAS                   UNSECURED            784.06         .00           .00
SANTA BARBARA BANK & TRU    UNSECURED        NOT FILED          .00           .00
VERIZON WIRELESS            UNSECURED        NOT FILED          .00           .00
INTERNAL REVENUE SERVICE    UNSECURED              9.94         .00           .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  29833.00     181.32      944.00         .00        30958.32
PRINCIPAL PAID      19638.16       .00         .00          .00        19638.16
INTEREST PAID        3983.84       .00         .00          .00         3983.84
TOTAL PAID          23622.00       .00         .00          .00        23622.00
The Debtor's attorney, MELVIN J KAPLAN              , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    1054.00 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 04 B 37889 DAVID WASHINGTON & BEVERLY WASHINGTON